# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JESUS ROSALES,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

Case No. 3:21-cv-05014-RAJ-TLF

ORDER

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) The Magistrate Judge's report and recommendation is approved and adopted;

(2) Petitioner's federal habeas corpus petition (Dkt. 3) is DISMISSED WITHOUT PREJUDICE;

(3) Petitioner's motions for "vicarious exhaustion" (Dkt. 4) and "to compel for information" (Dkt. 5) are DENIED; and

(4) A certificate of appealability is DENIED.

Dated this 9th day of July, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1